UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Danny W. Rogers,

Plaintiff,

v. CIVIL: 01-1702 (MJD/SRN)

Hennepin County Medical Center,
and Marie Maes-Voreis

Defendants.

---

ORDER OF DISQUALIFICATION AND DIRECTION TO THE
CLERK OF COURT FOR REASSIGNMENT OF CASE

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Title 7 list of the automated case assignment system.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above captioned case.

DATED: September 26, 2001

Judge Michael J. Davis
United States District Court

FILED SEP 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Danny W. Rogers

vs. 01-1702ADM/SRN

Hennepin County Medical Center

The above case has been re-assigned to Judge Ann D. Montgomery pursuant to an Order of Disqualification by Judge Davis. Please note the change in judge's initials above and refer to them when submitting documents to the court for filing. Please also note that the Magistrate Judge remains the same.