**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Danny W. Rogers,**

**Plaintiff,**

v.

**Hennepin County Medical Center and Marie Maes-Voreis,**

**Defendants.**

**Civil 01-1702 ADM/SRN**

**ORDER**

---

This matter came before the undersigned United States Magistrate Judge on Plaintiff's Motion to Demand Jury Trial. Counsel for Defendants advised the Court that they would not oppose the motion.

Based upon the parties' submissions and the arguments of counsel, and all the files, records and proceedings in this case,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Demand Jury Trial is GRANTED in its entirety.

DATED: February 25, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FEB 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK