**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Danny W. Rogers,

Plaintiff,

v.

Hennepin County Medical Center and Marie Maes-Voreis,

Defendants.

Civil No. 01-1702 ADM/SRN

**STIPULATION AND PROTECTIVE ORDER**

---

WHEREAS, discovery and pretrial investigation in the above-captioned action may involve the production of documents and other information which Plaintiff Danny W. Rogers or Defendants Hennepin County Medical Center and Marie Maes-Voreis (collectively, "Parties"; individually, the "Party") may contend are confidential and/or contain confidential information; and

WHEREAS, the Parties wish to agree to certain limitations on the disclosure of such information;

NOW, THEREFORE, it is stipulated and agreed among the Parties, through their counsel, as follows:

1. That the Court may enter this Stipulation as its Protective Order in this matter.

2. The following information, if discovered in the course of pretrial discovery or in investigation in this action is designated by the Parties as Confidential:

   a. Information relating to Plaintiff's medical and tax records.

   b. Information which contains any medical diagnosis or assessment of Plaintiff's condition, including information obtained from counseling sessions and psychiatric evaluations.

   c. Private personnel information concerning employees other than the Plaintiff.

3. If a Party desires to designate as Confidential any information in addition to the matters set forth in Paragraph 2 above, the Party shall designate the information as such and disclose to the other Parties, at the time of designation, the information designated Confidential. In the event a dispute

MAY 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

arises as to the information designated Confidential, the Party or Parties disputing the designation shall bear the burden of noticing a Motion to the Court within 30 days to have the information designated nonconfidential. During this period of time, the information shall be treated as Confidential in accordance with this Stipulation and Protective Order. If such motion is not brought within 30 days of the date the disclosure of the Confidential designation is made, the information which was previously designated as Confidential will thereafter be treated as such.

4. Documents and other information designated as Confidential shall be treated as Confidential and shall remain so unless and until the producing Party agrees to the deletion of the designation or unless or until the Court determines that such information is not of a Confidential nature.

5. A Party which desires to designate a document as Confidential may mark the document Confidential or designate it as Confidential on the record. A Party which desires to designate deposition testimony as Confidential must state so on the record or notify the other Parties within 30 days of the date the deposition transcript is received which pages it deems Confidential.

6. It is expressly agreed that any documents produced hereunder as Confidential, or any other pleadings or other documents which include Confidential information, if filed or delivered to the Court, shall be filed under seal subject to further Order of the Court.

7. For the purpose of conducting this litigation, Confidential information may be used by, copied by, exhibited to or disclosed only to the following persons or entities:

a. The Parties and their respective officers, directors and employees whose assistance is necessary for the conduct of this litigation; such persons shall be provided access to this information only as is necessary to their involvement in these litigation proceedings;

b. The attorneys for the Parties and their respective employees;

c. Any person from whom testimony is taken or to be taken in this action, except that such person may be shown Confidential information only during his or her testimony and in preparation therefore to the extent relevant to such testimony, and may not receive copies of any Confidential information;

d. Consultants, experts and investigators employed by the Parties as the Parties deem necessary for the conduct of this litigation;

e. Court reporters used in connection with this litigation and their employees; and

f. The Court, its staff and empaneled jurors.

8. Any person obtaining access to Confidential information shall use the information only for purposes of pretrial activities and trial and any appeal in this action, including preparation therefore, and shall not use the information for any other purpose.

9. Each person described in Paragraph 7(a) and 7(c) above, to whom Confidential information is disclosed must agree orally on the record or in writing (by signing a copy of the Confidentiality Agreement attached hereto as Exhibit A) to be bound by the terms of the Protective Order. Counsel for each Party shall maintain a copy of all executed Confidentiality Agreements that they have procured.

10. After the final disposition of this action, each Party which has received documents designated as Confidential by an opposing Party, shall, at the request of such opposing Party, return to that Party all such Confidential documents and all copies thereof.

Dated: May 9, 2002

WINTHROP & WEINSTINE, P.A.

By: ______________________

Thomas H. Boyd, #200517
Chuanpis Santilukka, #305418

3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400

Attorneys for Plaintiff Danny W. Rogers

Dated: May 7, 2002

OFFICE OF THE HENNEPIN COUNTY ATTORNEY

By: Cheri Sudit
Cheri Sudit, # 156164

C-2000 Government Center
300 South Sixth Street
Minneapolis, Minnesota 55487
(612) 348-~~5550~~ 4987

Attorneys for Defendants Hennepin County Medical Center and Marie Maes-Voreis

**ORDER**

Pursuant to the foregoing stipulation and upon joint application of counsel, the above Stipulation is approved by the court and adopted as its order.

Dated this 10th day of May, 2002.

By: Susan Richard Nelson
The Honorable Susan Richard Nelson
Magistrate Judge, U.S. District Court

idmsstp:655195_1

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Danny W. Rogers,

Plaintiff,

v.

Hennepin County Medical Center and
Marie Maes-Voreis,

Defendants.

Civil No. 01-1702 ADM/SRN

**CONFIDENTIALITY AGREEMENT**

---

The undersigned, having read and understood the Protective Order dated ___________________, 2002, with respect to the production of Confidential information in the above-referenced matter, hereby agrees to be bound by the terms thereof.

_____________________________________

idmsstp:655195_1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

## *Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

## ***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.