ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Danny W. Rogers,

Plaintiff,

v.

Hennepin County Medical Center and
Marie Maes-Voreis,

Defendants.

Civil No. 01-1702 JEL/JGL

**ORDER**

---

This matter came before the undersigned on Plaintiff Danny W. Rogers' ("Plaintiff") Motion to Expand Page Limit. Based on the submissions of the parties and all of the files and records in this matter, IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Expand Page Limit is granted in all respects; and

2. Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment may exceed the page limit established under Local Rule 7.1(c). Plaintiff's memorandum is not to exceed 43 pages in length.

[redacted]

Dated this 4th day of February, 2003

BY THE COURT:

The Honorable Joan Ericksen Lancaster
Judge of United States District Court

2008233v1

FEB 04 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK