**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Danny W. Rogers,

Plaintiff,

v.

Hennepin County Medical Center

Defendants.

**STIPULATION TO DISMISS WITH PREJUDICE**

Civil NO. 01-1702 JEL/JGL

COME NOW Plaintiff Danny W. Rogers ("Plaintiff") and Defendant Hennepin County Medical Center ("HCMC"), through their authorized undersigned respective counsel, and hereby stipulate and agree as follows:

1. Plaintiff's Complaint, and all claims which were, should have or could have been brought as a part thereof, as well as all counterclaims that could have been asserted, shall be dismissed with prejudice and on the merits, and without award of attorney's fees, expenses or costs to either party.

2. The parties agree and request that the Court enter an order of dismissal with prejudice in accordance with this stipulation.

Dated: 12/30/2003

WINTHROP & WEINSTINE, P.A.

By: ______________________

Thomas H. Boyd (200517)
Justice Lindell (312071)
Attorneys for Plaintiff Danny W. Rogers
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Telephone: 612 604-6400
Facsimile: 612 604-6800

FILED JAN 2 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

Court File No. 01-1702 JEL/JGL

AMY KLOBUCHAR
Hennepin County Attorney

Dated: 12/24/03

By: Cheri Sudit
CHERI SUDIT (156164)
Assistant County Attorney
Attorneys for Defendant Hennepin County Medical Center
2000A Government Center
Minneapolis, MN 55487
Telephone: (612) 348-4984
Fax No: (612) 348-8299

**ORDER**

Based on the stipulation of the parties, the Court hereby orders that Plaintiff's Complaint, and all claims which were, should have or could have been brought as a part thereof, as well as all counterclaims that could have been asserted, shall be dismissed with prejudice and on the merits, and without award of attorneys' fees, expenses or costs to either party.

Dated: 1-2-04

BY THE COURT:

The Honorable Joan N. Ericksen
Judge of United States District Court